UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWES CORPORATION,<br><br>    Defendant. | No. 1:21-cv-00358-DAD-HBK<br><br>ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR FILE *IN FORMA PAUPERIS* APPLICATION<br><br>**30-DAY DEADLINE** |

      This matter comes before the Court upon initial review of the file. Plaintiff Stanley E. Redick, III., initiated this action proceeding *pro se* by filing a Complaint against Lowes Corporation on March 8, 2021. Doc. No. 1. Plaintiff did not accompany the filing of his Complaint with either the requisite filing fee for civil cases, or a motion for leave to proceed *in forma* pauperis. *See* docket. In order to proceed with this case, Plaintiff must either pay the requisite filing fee, or file a complete motion for leave to proceed *in forma pauperis*.

      Accordingly, it is **ORDERED**:

      1.    Within thirty (30) days from the date of this Order, Plaintiff must be pay the civil filing fee of $402.00 or file a complete motion for leave to proceed *in forma pauperis*.

      2.    The Clerk of Court is directed to attach an *in forma pauperis* application to this order.

      3.    Failure to comply with this order will result in the recommendation to a District

Judge that this action be dismissed for failure to obey a court order and failure to prosecute under Local Rule 110.

IT IS SO ORDERED.

Dated:   March 12, 2021

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE