| | |
|---|---|
| STANLEY E. REDICK, III.,<br><br>Plaintiff,<br><br>v.<br><br>LOWES CORPORATION; LOWES HOME CENTERS, LLC,<br><br>Defendants. | Case No. 1:21-cv-358-DAD-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DENYING MOTION FOR NAME CHANGE AS MOOT<br><br>(Doc. Nos. 5, 9) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Stanley E. Redick, III. initiated this action *pro se* by filing a Complaint against Lowes Corporation and Lowes Home Centers, LLC on March 8, 2021. (Doc. No. 1). Pending before the court is Plaintiff's motion for leave to proceed *in forma pauperis*, filed March 22, 2021, and "motion for name change," filed April 12, 2021. (Doc. Nos. 5, 9).

Regarding Plaintiff's motion for leave to proceed as a pauper, his declaration satisfies the requirement sunder § 1915. Thus, the Court grants Plaintiff's motion for leave to proceed *in forma pauperis.*

Turning to the "motion for name change," Plaintiff submits that defense counsel pointed out to him that Defendant "Lowes Corporation" should instead be Defendant "Lowes Home Centers, LLC." (Doc. No. 9 at 1). Plaintiff filed an Amended Complaint reflecting Lowest Home

1

Centers, LLC as the sole defendant on May 6, 2021. (Doc. No. 10). The court will conduct a screening of the amended complaint before directing service.

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion for leave to proceed *in forma* pauperis (Doc. No. 5) is **GRANTED**.

2. Plaintiff's motion for name change (Doc. No. 9) is denied as moot based on the filing of the Amended Complaint.

3. The Clerk of Court shall terminate Lowes Corporation as a defendant, so the docket reflects the sole defendant named on the Amended Complaint: Lowes Home Centers, LLC.

IT IS SO ORDERED.

Dated:   May 27, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE