# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III, | Case No. 1:21-cv-00358-NONE-SAB |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | (ECF No. 17) |
| LOWES HOME CENTERS, LLC, | |
| Defendant. | |

On June 25, 2021, following reassignment of this action to the undersigned Magistrate Judge, the scheduling conference was reset for September 30, 2021. (ECF No. 17.) On August 5, 2021, the Court screened Plaintiff's complaint and granted thirty (30) days to file an amended complaint. (ECF No. 19.) To allow time for the filing of an amended complaint and further screening, and for Defendant to be potentially served and appear in this action, the Court shall continue the scheduling conference to November 16, 2021, at 11:30 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for September 30, 2021, is CONTINUED to **November 16, 2021, at 11:30 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**August 10, 2021**__

UNITED STATES MAGISTRATE JUDGE

2