Stanley E. Redick III
P.O. Box 472
Soulsbyville, California 95372
209 630 0278

**FILED**

AUG 19 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STANLEY E. REDICK III,

Plaintiff,

vs.

LOWE'S HOME CENTERS LLC ,

SARAH DUBROW

Defendant

Case No.: 1:21-cv-00358-NONE-SAB (PC)

PLAINTIFF'S AMMENDED COMPLAINT AGAINST THE DEFENDANT FOR MALICIOUS PROCECUTION



RECEIVED
AUG 19 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## INTRODUCTION

Comes now I the Plaintiff Stanley E. Redick III suing the Defendant Lowe's Home Centers LLC for Malicious Prosecution for reasons as follows I should be granted the monetary relief of $8,733,000.00 and I prey to the Courts please grant me the relief I seek against the Defendant as I can prove the Elements Required to have a successful outcome in trial against the Defendant and they have no defense that would result in a viable Defense to exonerate them from liability for damages against me as their speculatory actions resulted in 2 years of abuse, 5 days in jail with murderers, faced trial 2 times, suffered monetary irrep able damages, have a criminal record now on my personal record because of the Defendants actions and lastely continue to suffer emotional damages because of the Defendants Lowe's Home Centers LLC and their acting loss preventions manager Sarah Dubrow's actions against me Plaintiff and i ask the courts to see as follow's the 4 eleents needed to prove my case;

PLAINTIFF'S AMMENDED COMPLAINT AGAINST THE DEFENDANT FOR MALICIOUS PROCECUTION - 1

ARGUMENT

1) My criminal case was dismised almost 2 years to the day I was wrongfully accused of committing a crime by the Defendant. Ironique I think not as once the Defendant realized I was the wrong person to be accused of the crimes and knew I couldn't sue until the case against me was dismissed in my favor they continued to maliciously procecute me and harm me for almost 2 years until the statute of limitations would be in there favor as the defense that they are attempting to use here in the civil case against them. Which clearly proves INTENT and MOTIVE especially with the LIES that SARAH DeBROW clearly made in her Declaration. Undisputed FACT

2) The Defendant was actively involved in my criminal case including showing up to Court to assist the DA in the Malicious Prosecution against me. Undisputed FACT

3) The Defendant did not have probable cause to accuse me of a crime as I was not at Low's Sonora, Ca. on November 3, 2018 nor was I involved in criminal activity on November 10 2018 at Lowe's Sonora, Ca. as I was working on a flooring job with my client as I am a licensed C54 contractor and I claimed the Job on my taxes for Dave Ashely and the Speculations made by the Defendant does not excuse them from liability and prove probable cause .

4) The Defendant initiated the original Claim against me , falsely accusing me of a crime on 2 separate dates which I was not involved in and continued to pursue the case even though they had the video evidence to exonerate me , multibple pleas by me the Plaintiff in court to look at the evidence , multiple witnesses including my hired council which will go under oath as a witness to defend my statements, my pleas to a lie detector test to prove my innocence, and the undisputed fact that I was not at Lowe's Sonora , Ca. on 11 3 2018 which the Defendant's accused me of being at and I was not involved in the criminal activity the Defendents accused me of being involved in on 11 10 2018 leading them to make 2 separate police reports and multiple false statements as to my involvement on both days that lead to the hardest most depressing time of my life which at times I wanted to take my life as the mental damages caused to me by the Defendant when I have always been 100% innocent was almost umbarrable and I prey to the court that they know what the write decision is here and I ask that they find a way to hold the Defendants

PLAINTIFF'S AMMENDED COMPLAINT AGAINST THE DEFENDANT FOR MALICIOUS PROCECUTION - 2

accountable for at least there part in the damages done to me by all the defendants , I am ok with whatever monetary relief the Courts deam fit for me in my cases , but the facts are the facts and the Defendant was wrong , has always been wrong , my case was dismissed because they were wrong , my mercy is on the courts ruling to hold the Defendant accountable for the violations against my civil rights and malicious prosecution they must be held accountable for and I be granted the monetary relief I seek against them or whatever the courts respectfully deam fit I am ok with , I have lost so much , a U.S. Citizen should not have to suffer for 2 years like this when they are innocent and it is the Courts Decision that finally gives me justice,

CLOSING STATEMENT

Thank you for your time and consideration in my case , I only ask that a company that makes 55 billion dollars a year be held accountable when they violate a US citizens rights over speculations, which does not constitute probable cause, I raise my right hand that all the forgoing is true under oath and penalty of purgery ,

August 16, 2021,

_____
Stanley E. Redick III

PLAINTIFF'S AMMENDED COMPLAINT AGAINST THE DEFENDANT FOR MALICIOUS PROCECUTION - 3