1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11   STANLEY E. REDICK, III ,                ) Case No.: 1:21-cv-00358-NONE-SAB
                                             )
12              Plaintiff,                   )
                                             ) FINDINGS AND RECOMMENDATIONS
13         v.                                ) RECOMMENDING THIS ACTION PROCEED ON
                                             ) PLAINTIFF'S BANE ACT CLAIM ONLY
14   LOWE'S HOME CENTERS, LLC,               )
                                             ) (ECF Nos. 13, 19, 21, 22)
15              Defendant.                   )
                                             )
16   _____)

17         Plaintiff Stanley E. Redick, III, proceeding *pro se* and in forma pauperis, filed this action on

18   March 8, 2021, against Defendant Lowe's Home Centers, LLC.  On May 6, 2021, Plaintiff filed a first

19   amended complaint.  On June 8, 2021, the Court issued an order for Plaintiff to show cause why the

20   action should not be dismissed for lack of subject matter jurisdiction.  (ECF No. 12.)  Plaintiff was

21   directed to file a second amended complaint or notice of voluntary dismissal.  (Id.)  Plaintiff filed a

22   second amended complaint on June 17, 2021.  (EC No. 13.)

23         On August 5, 2021, the Court screened Plaintiff's second amended complaint and found that it

24   stated a cognizable claim against Defendant only for a violation of the Tom Bane Civil Rights Act,

25   California Civil Code § 52.1 ("Bane Act").  (ECF No. 19.)  Plaintiff was granted an opportunity to

26   amend his complaint or notify the Court that he is agreeable to proceeding only on the Bane Act claim

27   identified as cognizable.  (Id.)  On August 19, 2021, Plaintiff filed a third amended complaint.  (ECF

28   No. 21.)  However, on August 23, 2021, Plaintiff notified the Court that he wished to proceed only on

                                             1

1   the Bane Act claim.  (ECF No. 22.)  Specifically, Plaintiff writes that he would like to withdraw his

2   third amended complaint; and that he apologizes as he did not receive the paperwork from the Court

3   about this option until after he sent the third amended complaint.  (Id.)  Thus, the Court finds Plaintiff

4   has clearly expressed his intent to withdraw the recently filed third amended complaint, and proceed

5   only on the Bane Act claim found to be cognizable.

6          As a result, the Court will recommend that this action only proceed on the claim identified

7   above, and all other claims and defendants be dismissed for the reasons stated in the Court's August 5,

8   2021 screening order.  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic

9   Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010).

10         Accordingly, it is HEREBY RECOMMENDED that:

11         1.      This action proceed on Plaintiff's claim against Defendant Lowe's Home Centers, LLC

12                 for a Bane Act violation;

13         2.      All other claims be dismissed for failure to state a claim upon which relief could be

14                 granted, consistent with the Court's August 5, 2021 order; and

15         3.      Plaintiff's third amended complaint (ECF No. 21) be WITHDRAWN.

16         These findings and recommendations will be submitted to the United States District Judge

17   assigned to the case, pursuant to the provision of 28 U.S.C. §636 (b)(1)(B).  Within **fourteen (14)**

18   **days** after being served with these Finding and Recommendations, Plaintiff may file written objections

19   with the Court.  The document should be captioned "Objections to Findings and Recommendations."

20   Plaintiff is advised that failure to file objections within the specified time may result in the waiver of

21   rights on appeal.  Wilkerson v. Wheeler, 772 F.2d F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v.

22   Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

23

24   IT IS SO ORDERED.

25   Dated:   __**August 24, 2021**__                    _____

26                                                        UNITED STATES MAGISTRATE JUDGE

27

28