UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOWES HOME CENTERS LLC,<br><br>　　　　　Defendant. | No. 1:21-cv-00358-NONE-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THE ACTION PROCEED ON PLAINTIFF'S BANE ACT CLAIM AND THAT ALL OTHER CLAIMS BE DISMISSED<br><br>(Doc. No. 24) |

　　　　Plaintiff Stanley E. Redick, III is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983 ("Section 1983"). On August 5, 2021, the assigned magistrate judge screened plaintiff's second amended complaint and found that it stated a cognizable claim against the defendant only for a violation of the Tom Bane Civil Rights Act, California Civil Code § 52.1 ("Bane Act"). (Doc. No. 19.) Plaintiff was granted an opportunity to amend his complaint or notify the court that he is agreeable to proceeding only on the Bane Act claim identified as cognizable. (*Id.*)

　　　　On August 19, 2021, Plaintiff filed a third amended complaint. (Doc. No. 21.) However, on August 23, 2021, Plaintiff notified the court that he wished to proceed only on the Bane Act claim. (Doc. No. 22.) Specifically, Plaintiff wrote that he would like to withdraw his third amended complaint; and that he apologized as he did not receive the paperwork from the court

1

about the option to proceed on the cognizable claim until after he sent the third amended complaint. (*Id.*) On August 24, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this case proceed only proceed on the Bane Act claim, and all other claims be dismissed for the reasons stated in the court's August 5, 2021 screening order. (Doc. No. 24) The assigned magistrate judge also found plaintiff clearly expressed his intent to withdraw the third amended complaint, and proceed only on the Bane Act claim found to be cognizable. (*Id.*) The findings and recommendations were served that same day and provided plaintiff with fourteen days in which to file objections. (*Id.*) No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The August 24, 2021, findings and recommendations (Doc. No. 24) are adopted in full;
2. This action shall proceed only on plaintiff's Bane Act claim;
3. All other claims are dismissed;
4. Plaintiff's third amended complaint (Doc. No. 21) is withdrawn; and
5. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **September 21, 2021**                     /s/ Dale A. Drozd
                                                                          UNITED STATES DISTRICT JUDGE