# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>Plaintiff,<br><br>v.<br><br>LOWES HOME CENTERS, LLC,<br><br>Defendant. | Case No.  1:21-cv-00358-NONE-SAB<br><br>ORDER AUTHORIZING SERVICE OF COMPLAINT, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JANUARY 18, 2022<br><br>(ECF No. 1)<br><br>**THIRTY DAY DEADLINE** |

Plaintiff Stanley E. Redick, III, proceeding *pro se* and in forma pauperis, filed this action on March 8, 2021, against Defendant Lowe's Home Centers, LLC.  This action was initially assigned to District Judge Dale Drozd and Magistrate Judge Helena M. Barch-Kuchta.  On May 6, 2021, Plaintiff filed a first amended complaint.  (ECF No. 10.)  On June 8, 2021, the Court issued an order for Plaintiff to show cause why the action should not be dismissed for lack of subject matter jurisdiction.  (ECF No. 12.)  Plaintiff was directed to file a second amended complaint or notice of voluntary dismissal.  (Id.)  Plaintiff filed a second amended complaint on June 17, 2021.  (EC No. 13.)  On June 25, 2021, Defendant filed a notice of related case, and this action was reassigned to "Unassigned" ("NONE") as the District Judge and to U.S. Magistrate Judge Stanley A. Boone.  (ECF No. 16.)

On August 5, 2021, the Court screened Plaintiff's second amended complaint and found that it stated a cognizable claim against Defendant only for a violation of the Tom Bane Civil Rights Act, California Civil Code § 52.1 ("Bane Act"). (ECF No. 19.) Plaintiff was granted an opportunity to amend his complaint or notify the Court that he is agreeable to proceeding only on the Bane Act claim identified as cognizable. (Id.) On August 19, 2021, Plaintiff filed a third amended complaint. (ECF No. 21.) However, on August 23, 2021, Plaintiff notified the Court that he wished to proceed only on the Bane Act claim and to withdraw the third amended complaint. (ECF No. 22.) On August 24, 2021, the Court issued findings and recommendations that this action only proceed on the Bane Act claim identified above; all other claims and defendants be dismissed for the reasons stated in the Court's August 5, 2021 screening order; and that Plaintiff's third amended complaint be withdrawn. (ECF No. 24.) On September 21, 2021, the District Judge adopted the Court's finding and recommendations, and this action now proceeds against Defendant on the Bane Act claim only. (ECF No. 25.)

It has come to the Court's attention that although the Defendant filed a notice of related action in this case (ECF No. 6), Defendant was never served in this action prior to being assigned to the undersigned. Now that the District Judge has adopted the recommendations, this action proceeds on the claim found to be cognizable, and the Court shall now authorize service and direct Plaintiff to complete service documents. The Court shall also continue the scheduling conference currently set for November 16, 2021, to allow for time for Defendant to be served and file any responsive pleading.

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following Defendant:

   **LOWE'S HOME CENTERS, LLC**

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the complaint filed June 17, 2021;

3. Within **thirty (30) days** from the date of this order, **Plaintiff shall complete** the attached Notice of Submission of Documents and submit the completed Notice to

the Court with the following documents:

    a.    One completed summons for the Defendant listed above;

    b.    One completed USM-285 form for the Defendant listed above; and

    c.    Two (2) copies of the endorsed complaint filed June 17, 2021;

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

5. **The failure by Plaintiff to comply with this order will result in dismissal of this action**;

6. The scheduling conference set for November 16, 2021, is CONTINUED to **January 18, 2022, at 9:30 a.m.** in Courtroom 9; and

7. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**October 25, 2021**__

UNITED STATES MAGISTRATE JUDGE