# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>Plaintiff,<br><br>v.<br><br>LOWES HOME CENTERS LLC,<br><br>Defendant. | Case No.  1: 21-cv-00358-NONE-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE NEW CASE DOCUMENTS AND DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF Nos. 26, 27, 29) |

On October 26, 2021, an order issued finding service of the complaint in this matter appropriate and forwarding service documents to Plaintiff for completion and return.  (ECF No. 26.)  On November 4, 2021, Plaintiff returned service documents in this action.  (ECF No. 29.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall issue new case documents in this matter[1];

2. For each defendant to be served, the Clerk of the Court is directed to forward the following documents to the United States Marshals Service ("USM"):

   (a) One completed and issued summons;

   (b) One completed USM−285 form;

   (c) One copy of complaint filed on June 17, 2021, plus an extra copy for the

---

[1] To the extent the new case documents set a scheduling conference, they shall notice the conference for January 18, 2022, at 9:30 a.m., as the conference has already been set in this matter for such date and time.  (ECF No. 26.)

1

|   |   |   |
|---|---|---|
|   |   | USM; |
|   | (d) | One copy of this order, plus an extra copy for the USM; |
|   | (e) | One copy of the new case documents; and |
| 3. |   | Within ten days from the date of this order, the USM is directed to notify the following defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c): |

**Lowes Home Centers LLC**

4. The USM shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received;

5. If a waiver of service is not returned by a defendant within sixty (60) days of the date of mailing the request for waiver, the USM shall:

   a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c);

   b. Within ten days after personal service is effected, the USM shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM−285 form and shall include the costs incurred by the USM for photocopying additional copies of the summons and complaint and for preparing new USM−285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2);

///

///

///

///

      6.     **If defendant waives service, they are required to return the signed waivers to the USM.  The filing of an answer or a responsive motion does not relieve defendants of this requirement, and the failure to return the signed waivers may subject defendants to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).**

IT IS SO ORDERED.

Dated:  **November 5, 2021**

UNITED STATES MAGISTRATE JUDGE

3