# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>      Plaintiff,<br><br>   v.<br><br>LOWES HOME CENTERS, LLC,<br><br>      Defendant. | Case No.  1:21-cv-00358-SAB<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO MOTION TO QUASH<br><br>(ECF No. 50) |

Plaintiff Stanley E. Redick, III, proceeding *pro se* and in forma pauperis, filed this action on March 8, 2021, against Defendant Lowe's Home Centers, LLC.  On August 15, 2022, Plaintiff filed what is entitled Plaintiff's response to Defendant's motion to quash discovery request of Officer Mallon's body cam evidence subpoena.  (ECF No. 50.)  The filing was entered on the docket on August 16, 2022.  (Id.)

The filing states that on July 18, 2022, Plaintiff propounded discovery, and on August 2, 2022, Defendant moved to quash.  (ECF No. 50 at 2.)  There is no pending motion to quash before the Court.  It is unclear to the Court if Defendant served objections or some other form of communication on Plaintiff that Plaintiff has construed as a motion to quash.  Given there is no pending motion to quash before the Court, Plaintiff's filing shall be stricken without prejudice to filing an opposition to a motion to quash, if one is filed.

/ / /

1

Accordingly, it is HEREBY ORDERED that Plaintiff's response to Defendant's motion to quash (ECF No. 50) is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **August 17, 2022**

UNITED STATES MAGISTRATE JUDGE