# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III, | Case No. 1:21-cv-00358-SAB |
| Plaintiff, | ORDER VACATING NOVEMBER 9, 2022 HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| LOWES HOME CENTERS, | (ECF Nos. 54, 57) |
| Defendant. | |

The parties in this action each currently have motions for summary judgment pending. (ECF Nos. 54, 57.) Plaintiff's motion for summary judgment is not currently set for hearing. Defendant's motion for summary judgment is currently set for hearing on November 9, 2022, in Courtroom 9. (ECF No. 57.) In consideration of the parties' briefing, the Court finds the matters suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the hearing set for November 9, 2022, will be vacated and the parties will not be required to appear at that time.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendant's motion summary judgment set for November 9, 2022, at 10:00 a.m. in Courtroom 9, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: __**October 31, 2022**__

UNITED STATES MAGISTRATE JUDGE