# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>Plaintiff,<br><br>v.<br><br>LOWES HOME CENTERS,<br><br>Defendant. | Case No. 1:21-cv-00358-SAB<br><br>ORDER CONTINUING PRETRIAL CONFERENCE<br><br>(ECF Nos. 44, 54, 57) |

The parties in this action each currently have motions for summary judgment pending. (ECF Nos. 54, 57.) A pretrial conference is currently scheduled for November 29, 2022, at 9:30 a.m. (ECF No. 44.) Due to the motions for summary judgment pending adjudication, the Court shall continue the pretrial conference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial conference set for November 29, 2022, is CONTINUED to **December 16, 2022, at 9:30 a.m.** in Courtroom 9; and

2. The parties shall file a joint pretrial statement seven (7) days prior to the pretrial conference.

IT IS SO ORDERED.

Dated:   **November 17, 2022**

UNITED STATES MAGISTRATE JUDGE